# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-478-396

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 26, 2026

## Supplementary Registration

Supplement To:    VA0002438918, 2025

## Title

Title of Work:    VENDERBY'S PRETTY LACE CREAM

## Completion/Publication

Year of Completion:    2023
Date of 1st Publication:    August 31, 2023
Nation of 1st Publication:    Denmark

## Author

- Author:    Venderby's ApS
Author Created:    photograph
Work made for hire:    Yes
Citizen of:    Denmark

## Copyright Claimant

Copyright Claimant:    Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

Name:    Mille-Marie Venderby
Email:    venderbys@millevenderby.com
Address:    Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

**Name:** David Denholm, Authorized agent of Venderby's ApS
**Date:** October 07, 2025
**Applicant's Tracking Number:** MVSUP2025100603

**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-499-908

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
May 07, 2026

## Supplementary Registration

Supplement To:   VA0002438919, 2025

## Title

Title of Work:   VENDERBY'S BALLERINA LACE

## Completion/Publication

Year of Completion:   2024
Date of 1st Publication:   June 03, 2024
Nation of 1st Publication:   Denmark

## Author

- Author:   Venderby's ApS
  Author Created:   photograph
  Work made for hire:   Yes
  Citizen of:   Denmark

## Copyright Claimant

Copyright Claimant:   Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

Name:   Mille-Marie Venderby
Email:   venderbys@millevenderby.com
Address:   Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

**Name:** David Denholm, Authorized agent of Venderby's ApS
**Date:** October 07, 2025
**Applicant's Tracking Number:** MVSUP2025100601

**Correspondence:** Yes
**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-481-528

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
March 04, 2026

---

## Supplementary Registration

**Supplement To:**   VA0002438922, 2025

## Title

**Title of Work:**   VENDERBY'S KNIT TROUSERS BLACK

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   June 04, 2024
**Nation of 1st Publication:**   Denmark

## Author

- **Author:**   Venderby's ApS
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   Denmark

## Copyright Claimant

**Copyright Claimant:**   Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:**   Mille-Marie Venderby
**Email:**   venderbys@millevenderby.com
**Address:**   Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|                              |                                                  |
|-----------------------------:|--------------------------------------------------|
| **Name:**                    | David Denholm, Authorized agent of Venderby's ApS |
| **Date:**                    | October 07, 2025                                 |
| **Applicant's Tracking Number:** | MVSUP2025100607                              |

**Correspondence:** Yes

**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-499-910

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
May 07, 2026

## Supplementary Registration

Supplement To:    VA0002438917, 2025

## Title

Title of Work:    VENDERBY'S PRETTY LACE RED

## Completion/Publication

Year of Completion:    2023
Date of 1st Publication:    December 05, 2023
Nation of 1st Publication:    Denmark

## Author

- Author:    Venderby's ApS
  Author Created:    photograph
  Work made for hire:    Yes
  Citizen of:    Denmark

## Copyright Claimant

Copyright Claimant:    Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

Name:    Mille-Marie Venderby
Email:    venderbys@millevenderby.com
Address:    Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | David Denholm, Authorized agent of Venderby's ApS |
| **Date:** | October 07, 2025 |
| **Applicant's Tracking Number:** | MVSUP2025100602 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Explanation of Corrections:** | Correction of the author's and claimant's name from her legal name to her business name. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-489-842

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
March 17, 2026

---

## Supplementary Registration

**Supplement To:**   VA0002444769, 2025

## Title

**Title of Work:**   VENDERBY'S PRETTY BASIC LACE WHITE

## Completion/Publication

**Year of Completion:**   2023
**Date of 1st Publication:**   October 09, 2023
**Nation of 1st Publication:**   Denmark

## Author

- **Author:**   Venderby's ApS
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   Denmark

## Copyright Claimant

**Copyright Claimant:**   Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:**   Mille-Marie Venderby
**Email:**   venderbys@millevenderby.com
**Address:**   Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | David Denholm, Authorized agent of Venderby's ApS |
| **Date:** | October 07, 2025 |
| **Applicant's Tracking Number:** | MVSUP2025100609 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Explanation of Corrections:** | Correction of the author's and claimant's name from her legal name to her business name |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-478-397

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 26, 2026

## Supplementary Registration

Supplement To:   VA0002438929, 2025

## Title

Title of Work:   VENDERBY'S PRETTY BASIC LACE GREEN

## Completion/Publication

Year of Completion:   2023
Date of 1st Publication:   October 09, 2023
Nation of 1st Publication:   Denmark

## Author

- Author:   Venderby's ApS
  Author Created:   photograph
  Work made for hire:   Yes
  Citizen of:   Denmark

## Copyright Claimant

Copyright Claimant:   Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

Name:   Mille-Marie Venderby
Email:   venderbys@millevenderby.com
Address:   Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|                              |                                              |
|-----------------------------:|----------------------------------------------|
| **Name:**                    | David Denholm, Authorized agent of Venderby's ApS |
| **Date:**                    | October 07, 2025                             |
| **Applicant's Tracking Number:** | MVSUP2025100614                          |

**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-486-704

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
March 02, 2026

## Supplementary Registration

**Supplement To:**  VA0002438931, 2025

## Title

**Title of Work:**  VENDERBY'S JOLIE LB

## Completion/Publication

**Year of Completion:**  2024
**Date of 1st Publication:**  June 04, 2024
**Nation of 1st Publication:**  Denmark

## Author

- **Author:**  Venderby's ApS
  **Author Created:**  photograph
  **Work made for hire:**  Yes
  **Citizen of:**  Denmark

## Copyright Claimant

**Copyright Claimant:**  Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:**  Mille-Marie Venderby
**Email:**  venderbys@millevenderby.com
**Address:**  Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | David Denholm, Authorized agent of Venderby's ApS |
| **Date:** | October 07, 2025 |
| **Applicant's Tracking Number:** | MVSUP2025100605 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Explanation of Corrections:** | Correction of the author's and claimant's name from her legal name to her business name |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-478-511

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 26, 2026

## Supplementary Registration

**Supplement To:**   VA0002438920, 2025

## Title

**Title of Work:**   VENDERBY'S BLAIR BURGUNDY

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   December 09, 2024
**Nation of 1st Publication:**   Denmark

## Author

- **Author:**   Venderby's ApS
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   Denmark

## Copyright Claimant

**Copyright Claimant:**   Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:**   Mille-Marie Venderby
**Email:**   venderbys@millevenderby.com
**Address:**   Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

**Name:** David Denholm, Authorized agent of Venderby's ApS
**Date:** October 07, 2025
**Applicant's Tracking Number:** MVSUP2025100604

**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-480-714

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
February 03, 2026

## Supplementary Registration

**Supplement To:**  VA0002444773, 2025

## Title

**Title of Work:**    VENDERBY'S TRIM LACE WHITE

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 14, 2023
**Nation of 1st Publication:** Denmark

## Author

- **Author:** Venderby's ApS
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** Denmark

## Copyright Claimant

**Copyright Claimant:** Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:** Mille-Marie Venderby
**Email:** venderbys@millevenderby.com
**Address:** Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | David Denholm, Authorized agent of Venderby's ApS |
| **Date:** | October 07, 2025 |
| **Applicant's Tracking Number:** | MVSUP2025100610 |

**Explanation of Corrections:**   Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-478-505

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 26, 2026

---

## Supplementary Registration

Supplement To:   VA0002444776, 2025

## Title

Title of Work:    VENDERBY'S PRETTY BASIC LACE BLACK

## Completion/Publication

Year of Completion:    2023
Date of 1st Publication:    October 09, 2023
Nation of 1st Publication:    Denmark

## Author

- Author:    Venderby's ApS
  Author Created:    photograph
  Work made for hire:    Yes
  Citizen of:    Denmark

## Copyright Claimant

Copyright Claimant:    Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

Name:    Mille-Marie Venderby
Email:    venderbys@millevenderby.com
Address:    Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 2 of 2

**Name:** David Denholm, Authorized agent of Venderby's ApS
**Date:** October 07, 2025
**Applicant's Tracking Number:** MVSUP2025100611

**Copyright Office notes:** Regarding information on basic registration: Consult basic registration for relevant annotations.

**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-486-713

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
March 02, 2026

---

## Supplementary Registration

Supplement To:   VA0002438927, 2025

## Title

**Title of Work:**   VENDERBY'S PRETTY LACE TOP BLACK

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 31, 2023
**Nation of 1st Publication:** Denmark

## Author

- **Author:** Venderby's ApS
 **Author Created:** photograph
 **Work made for hire:** Yes
 **Citizen of:** Denmark

## Copyright Claimant

**Copyright Claimant:** Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:** Mille-Marie Venderby
**Email:** venderbys@millevenderby.com
**Address:** Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

**Name:** David Denholm, Authorized agent of Venderby's ApS
**Date:** October 07, 2025
**Applicant's Tracking Number:** MVSUP2025100606

---

**Correspondence:** Yes
**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-737

**Effective Date of Registration:**
March 04, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:**    VENDERBY'S LOVE LACE

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 14, 2023
**Nation of 1st Publication:** Denmark

## Author

- **Author:** Venderby's ApS
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** Denmark

## Copyright Claimant

**Copyright Claimant:** Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:** Mille-Marie Venderby
**Email:** venderbys@millevenderby.com
**Address:** Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

**Name:** David Denholm
**Date:** March 04, 2025

Applicant's Tracking Number:   MV2025030401

Correspondence:   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-480-741

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
February 03, 2026

---

## Supplementary Registration

Supplement To:  VA0002444775, 2025

## Title

Title of Work:  VENDERBY'S BLACK ROSE TOP

## Completion/Publication

Year of Completion:  2023
Date of 1st Publication:  August 31, 2023
Nation of 1st Publication:  Denmark

## Author

- Author:  Venderby's ApS
  Author Created:  photograph
  Work made for hire:  Yes
  Citizen of:  Denmark

## Copyright Claimant

Copyright Claimant:  Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

Name:  Mille-Marie Venderby
Email:  venderbys@millevenderby.com
Address:  Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

**Name:** David Denholm, Authorized agent of Venderby's ApS
**Date:** October 07, 2025
**Applicant's Tracking Number:** MVSUP2025100613

---

**Explanation of Corrections:** Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-479-700

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 30, 2026

---

## Supplementary Registration

Supplement To:   VA0002444770, 2025

## Title

**Title of Work:**   VENDERBY'S PRETTY LACE TOP BLACK 2

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 31, 2023
**Nation of 1st Publication:** Denmark

## Author

- **Author:** Venderby's ApS
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** Denmark

## Copyright Claimant

**Copyright Claimant:** Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

**Name:** Mille-Marie Venderby
**Email:** venderbys@millevenderby.com
**Address:** Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | David Denholm, Authorized agent of Venderby's ApS |
| **Date:** | October 07, 2025 |
| **Applicant's Tracking Number:** | MVSUP2025100612 |

**Explanation of Corrections:**  Correction of the author's and claimant's name from her legal name to her business name



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-489-845

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
March 17, 2026

---

## Supplementary Registration

Supplement To:  VA0002444768, 2025

## Title

Title of Work:  VENDERBY'S PRETTY LUNA CREAM

## Completion/Publication

Year of Completion:  2023
Date of 1st Publication:  October 09, 2023
Nation of 1st Publication:  Denmark

## Author

- Author:  Venderby's ApS
  Author Created:  photograph
  Work made for hire:  Yes
  Citizen of:  Denmark

## Copyright Claimant

Copyright Claimant:  Venderby's ApS
Skindergade 6, 1. sal, Copenhagen, 1159, Denmark

## Rights and Permissions

Name:  Mille-Marie Venderby
Email:  venderbys@millevenderby.com
Address:  Skindergade 6, 1. sal
Copenhagen 1159 Denmark

## Certification

Page 1 of 2

|  |  |
|---:|:---|
| **Name:** | David Denholm, Authorized agent of Venderby's ApS |
| **Date:** | October 07, 2025 |
| **Applicant's Tracking Number:** | MVSUP2025100608 |

|  |  |
|---:|:---|
| **Correspondence:** | Yes |
| **Explanation of Corrections:** | Correction of the author's and claimant's name from her legal name to her business name |

